# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard, Albany, New York 12212

Andrea E. Celli, Esq.  
Trustee  
Bonnie Baker, Esq.  
Assoc. Attorney

Telephone: (518) 449-2043  
Facsimile: (518) 449-2473

For payments Only:  
P.O Box 1918  
Memphis, TN  38101-1918

April 21, 2011

Bankruptcy Court  
James T. Foley U.S. Courthouse  
445 Broadway, Suite 306  
Albany, New York 12207

Re:    06-12189           Victor & Yvonne Collier

To Whom It May Concern:

Enclosed please find check #**815068** in the amount of **$344.51**. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

| | |
|---|---|
| Claim No. | 64 |
| Account# | 7601 |
| Creditor | National Payment Center<br>POB 4169<br>Greenville, TX 75403 |

Very truly yours,

*Cheryl Corning*

Cheryl Corning  
Office of Andrea Celli